Signed: February 09, 2010

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

MARC ABENOJA

Debtor(s)

Case Number: 10-40752 RN

Chapter: 7

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, 1/26/2010, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

|   | **COURT SERVICE LIST** |
|---|---|
| 1 | |
| 2 | |
| 3 | All Recipients |
| 4 | |

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: cglosenge          Page 1 of 1              Date Rcvd: Feb 11, 2010
Case: 10-40752                Form ID: pdfeoc          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 13, 2010.
db          +Marc Abenoja,   4105 Dragoo Park Drive,   Modesto, CA 95356-1863

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**                          Signature:     *Joseph Speetjens*